RECEIVED

NOV 1 0 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JASEN DONNELL GINS | CIVIL ACTION NO. 08-0626 |
| VERSUS | JUDGE DOHERTY |
| SOUTH LOUISIANA CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that plaintiff's Civil Rights Complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(d)(2)(b)(i) and (ii) and § 1915A(b)(1).[1]

---

[1] In his objections to the Report and Recommendation, Mr. Gins complains that the conditions of confinement caused a skin rash, and that he "is still having aid on his rash . . . ." [Rec. Doc. 13, pp. 2-3, 6] At worst, Mr. Gins has alleged a de minimis injury, which is insufficient to warrant relief on his claims. *See* Siglar v. Hightower, 112 F.3 191, 193-94 (5th Cir. 1997) (holding a sore, bruised ear lasting for three days did not constitute a physical injury sufficient to state a claim for excessive force); Alexander v. Tippah County, Miss, 351 F.3d 626, 630-31 (5th Cir. 2003) (prisoners sent to an administrative segregation cell - a/k/a "the hole" – having a clogged drain with raw sewage on the floor, causing claimants to suffer from nausea and vomiting, constituted de minimis injuries in light of the fact that the inmates were released from the isolation cell after twenty-four hours and had no sustained injuries, and therefore prison officials did not violate claimant's Eighth Amendment rights); Luong v. Hatt, 979 F.Supp. 481, 486 (N.D. Tex. 1997) (holding sore muscles, scratches, abrasions and bruises do not constitute sufficient injury to state a claim for relief).

THUS DONE AND SIGNED this ___10___ day of November, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE